No. 635. KABOT v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry G. Singer* and *Maurice Edelbaum* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 653. REDFIELD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Eli Grubic* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 657. KENTUCKY HOME MUTUAL LIFE INSURANCE Co. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Louis Lusky* and *Charles I. Dawson* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *Arthur I. Gould* for the United States.

No. 661. WEBB ET UX. v. OXLEY. Court of Appeals of Maryland. Certiorari denied.

No. 665. WOODMAR REALTY Co. v. McLEAN, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. *Benjamin Wham* and *Owen W. Crumpacker* for petitioner. *Harry Long* for respondents.

No. 212, Misc. CLINTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 496, Misc. DIBLIN v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank D. O'Connor* for respondent.